## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LE'ANDRES CALLAHAN, ) | |
| TASHA CALLAHAN, ) | |
| N.C., I.C., and L.C. (minors), ) | |
| ) | Case No. 10-864 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge St. Eve |
| ) | |
| Lake County Sheriff Deputy ) | Magistrate Judge Cox |
| HEATHER ALDRIDGE, ) | |
| KYLE MACKO, LAKE COUNTY ) | |
| SHERIFF'SOFFICE, and LAKE ) | |
| COUNTY, ) | |
| ) | |
| Defendants. ) | |

### JOINT AGREED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between all the parties, by their attorneys of record, that this matter has been settled. Therefore, this cause should be dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of said agreement.

/s/ Julie O. Herrera                                s/ Gunnar B. Gunnarsson

ED FOX & ASSOCIATES
Attorney for Plaintiff
300 West Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 FAX
jowen@efox-law.com

LAKE COUNTY STATE'S ATTORNEY'S OFFICE
Assistant State's Attorney
Attorney for Defendants
18 North County Street, 5th floor
Waukegan, IL 60085
(847) 377-3050
(847) 360-0661 FAX
ggunnarsson@lakecountyil.gov